UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 18-cr-0321 (WMW) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Martes Niyum Brooks, | |
| Defendant. | |

---

WHEREAS, on April 23, 2019, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to Plaintiff United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on November 23, 2019, providing notice of the government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 45), is **GRANTED**.

2. All right, title and interest in the Charter Arms .38 caliber pistol bearing serial number 1225521, are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. The United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 25, 2020
          s/Wilhelmina M. Wright
          Wilhelmina M. Wright
          United States District Judge